# United States Bankruptcy Court
## Eastern District of Michigan

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Telesource Services, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Telesource; DBA Mobile Device Depot; DBA Hybrid Battery Depot | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>38-3386812 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1450 Highwood East<br>Pontiac, MI **ZIP Code** 48340 | Street Address of Joint Debtor (No. and Street, City, and State):<br>**ZIP Code** |
| County of Residence or of the Principal Place of Business:<br>Oakland | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**ZIP Code** | Mailing Address of Joint Debtor (if different from street address):<br>**ZIP Code** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

**Estimated Assets**
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Telesource Services, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X_____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Telesource Services, LLC

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Brendan G. Best
Signature of Attorney for Debtor(s)

Brendan G. Best (P66370)
Printed Name of Attorney for Debtor(s)

Schafer and Weiner, PLLC
Firm Name

40950 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
Address

Email: bbest@schaferandweiner.com
(248) 540-3340
Telephone Number

April 6, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Michael J. Woods
Signature of Authorized Individual

Michael J. Woods
Printed Name of Authorized Individual

President/CEO
Title of Authorized Individual

April 6, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Telesource Services, LLC                                ,   Case No. _____

                                   Debtor

                                                                 Chapter                11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Capitalist Crusade, LLC<br>1450 Highwood East<br>Pontiac, MI 48340 | | 40% | |
| Capitalist Quest, Inc.<br>1450 Highwood East<br>Pontiac, MI 48340 | | 60% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    April 6, 2015                        Signature   /s/ Michael J. Woods
                                                         Michael J. Woods
                                                         President/CEO

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                     18 U.S.C §§ 152 and 3571.

0   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of Michigan

In re: Telesource Services, LLC
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: April 6, 2015

/s/ Michael J. Woods
Michael J. Woods/President/CEO
Signer/Title

AAA AIR COMPRESSOR SERVICE, INC.
1774 N. VERMONT CT.
ROLLING MEADOWS, IL 60008


ALLEGRA PRINT & IMAGING
7015 COOLEY LAKE ROAD
WEST BLOOMFIELD, MI 48324


AMERICAN EXPRESS
50th, 200 Vesey Street
New York, CA 10285


AMERICAN GENERAL LIFE INSURANCE CO.
PAYMENT PROCESSING CENTER
PO BOX 0798
CAROL STREAM, IL 60132-0798


AT&T
PO BOX 5080
CAROL STREAM, IL 60197-5080


AT&T
PO BOX 5014
CAROL STREAM, IL 60197


AT&T CLIENT SERVICES
ATTN: MIKE ROCHFORD
240 N. MERIDIAN ST., ROOM 1133
INDIANAPOLIS, IN 46204


AUTOMATIC DATA PROCESSING
PO BOX 842875
BOSTON, MA 02284-2875


BANK OF AMERICA
100 North Tryon St.
Charlotte, NC 28202


BCI ADMINISTRATORS INC./TELESOURCE
BCI\TELESOURCE
PO BOX 250878
DETROIT, MI 48325-8078

BCI ADMINISTRATORS, INC.
ATTN: MICHELLE RITCHIE
PO BOX 250878
W. BLOOMFIELD, MI 48325-0878


BENNETT ANSWERING SERVICE
PO BOX 607
FLINT, MI 48501-0607


BILL POMY
129 WESTFIELD DR.
NASHVILLE, TN 37221


BOYLE LAW FIRM, P.A.
4101 OVERLOOK CIRCLE
BLOOMINGTON, MN 55437


BUTZEL LONG
ATTN: ACCTS RECEIVABLE
150 W JEFFERSON AVE., STE. 100
DETROIT, MI 48226-4430


C C P INDUSTRIES
P.O. BOX 641250
CINCINNATI, OH 45264-1250


CDR INTERNATIONAL
4400 NW 19TH AVE.
SUITE B
POMPANO BEACH, FL 33064


CDW COMPUTER CENTERS INC.
PO BOX 75723
CHICAGO, IL 60675-5723


CHICAGO SILK SCREEN SUPPLY CO., INC
882 N. MILWAUKEE AVE.
CHICAGO, IL 60642


CHRYSLER CAPITAL
PO BOX 660647
DALLAS, TX 75266-0647

Chubb Group of Insurance Companies
1450 W. Long Lake Rd., Ste. 210
Troy, MI 48098


COMCAST
PO BOX 3005
SOUTHEASTERN, PA 19398-3005


COMMUNICATIONS TEST DESIGN, INC.
ATTN: ACCOUNTS RECEIVABLE
1373 ENTERPRISE DR
WEST CHESTER, PA 19380


CORVUS JANITORIAL SYSTEMS
815 W. WEED ST.
CHICAGO, IL 60642


DAWDA, MANN, MULCAHY & SADLER, PLC
39533 WOODWARD AVENUE
SUITE 200
BLOOMFIELD HILLS, MI 48304-5103


Derderian Kann Seyferth Salucci, CPA
3001 W. Big Beaver Rd., Ste. 700
Troy, MI 48084


DREW TELECOM GROUP, INC.
891 WAKEFIELD STREET
PLAINWELL, MI 49080


DTE ENERGY
BOX 740786
CINCINNATI, OH 45274-0786


DYNAMIC VOICE DATA, INC.
4403 GREENBRIAR DRIVE
STAFFORD, TX 77477


ERNEST GREENBLATT
DBA NETWORK ERNIE CONSULT
43 CHARM CITY DRIVE
PORT JEFFERSON STA, NY 11776

```
FEDERAL EXPRESS CORPORATION
3640 Hacks Cross Rd.
Memphis, TN 38125


FEDEX FREIGHT
PO BOX 223125
PITTSBURGH, PA 15250-2125


FEDEX TRADE NETWORKS
T10007C/U
P.O.BOX 10007,POSTAL STATION A
TORONTO, ONTARIO M5W 2B1


FREIGHTQUOTE.COM
1495 PAYSPHERE CIRCLE
CHICAGO, IL 60674


GIJV REIT IL 5, LLC
c/o CBRE-FTB006
P.O. Box 6751
Minneapolis, MN 55485


HERITAGE-CRYSTAL CLEAN, LLC
13621 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-0136


Huntington National Bank
2361 Morse Rd.
Columbus, OH 43229


Illinois Department of Revenue
P.O. Box 19044
Springfield, IL 62794-9044


INTERALIA
6815 - 8TH STREET N.E.
CALGARY, AB T2E 7H7


Internal Revenue Service
c/o United States Attorney
for the Eastern District of Michigan
211 West Fort Street, Ste 2001
Detroit, MI 48226
```

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JOHN ANNAL

LIAISON
PO BOX 347778
PITTSBURGH, PA 15251-4778

LINK-US LLC
280 PREMIER DRIVE
SUITE 111
HOLLY SPRINGS, NC 27540

MASTER COM INC
4915 TRIANGLE STREET
MCFARLAND, WI 53558

MCAFEE, INC.
6052 PAYSPHERE CIRCLE
CHICAGO, IL 60674-6052

Mercedes Benz Financial Services
36455 Corporate Dr.
Farmington, MI 48331

MICHAEL J. WOODS
4951 Elmgate Dr.
West Bloomfield, MI 48324

Michigan Department of Treasury
Collection/Bankruptcy Unit
POB 30168
Lansing, MI 48909

Michigan Department of Treasury
Lansing, MI 48922

MIKE VERELLEN
SNOW PLOWING & LAWN SERVICE
P.O. Box 99218
TROY, MI 48083

MILLER INDUSTRIAL
621 EAST DEVON AVENUE
ELK GROVE VILLAGE, IL 60007


Mitel (Inter-Tel)
PO BOX 29370
PHOENIX, AZ 85072-9370


Mitel Networks, Inc.
885 Trademark Drive
Reno, NV 89521


MORE DIRECT
1001 Yamato Road, Suite 200
Boca Raton, FL 33431


NATIONAL VISION ADMINISTRATORS, LLC
BOX #78134
MILWAUKEE, WI 53278-0134


NORTHWESTERN MUTUAL
PO BOX 3009
MILWAUKEE, WI 53201-3009


Oakland County Treasurer
1200 N. Telegraph Rd.
Pontiac, MI 48341


Orchard Street Funding
100 Quentin Roosevelt Blvd.
Garden City, NY 11530


OVERTECH INC.
6125 STADIA COURT
COLORADO SPRINGS, CO 80915


PARAGON COMMUNICATIONS
41 MAIN ST
BOLTON, MA 01740


Paul C. Bonde
2289 Oakway Drive
West Bloomfield, MI 48324

Peter J. Bonde
7090 Commerce Rd.
West Bloomfield, MI 48324


POWERTECH, INC.
2413 W. Algonquin Rd.
Suite 322
Algonquin, IL 60102


PRAXAIR DISTRIBUTION INC.
DEPT CH 10660
PALATINE, IL 60055-0660


PREMIER PACKAGING
3254 RELIABLE PARKWAY
CHICAGO, IL 60686


REFURB SUPPLIES
225 FIRST FLIGHT DR.
AUBURN, ME 04210


RELOGISTECHS
4300 STERILITE STREET SE
MASSILLON, OH 44646


REPUBLIC SVC #551
PO BOX 9001154
LOUISVILLE, KY 40290-1154


RON TAYLOR CEMENT INC.
4215 STONEY ACRE LANE
HIGHLAND, MI 48357


SAMSUNG TELECOMMUNICATIONS AMERICA
ATTN: KRISTEN SNYDER - A/P
1301 EAST LOOKOUT DRIVE
RICHARDSON, TX 75082


SHERWIN WILLIAMS
5111 DANSHER RD
COUNTRYSIDE, IL 60525


SINCLAR MINERAL & CHEMICAL CO.
2525 AMERICAN LANE
ELK GROVE VILLAGE, IL 60007

SMG SECURITY SYSTEMS INC.
120 KING STREET
ELK GROVE VILLAGE, IL 60007


SOTEL SYSTEMS LLC
2465 CENTERLINE INDUSTRIAL DR
MARYLAND HEIGHTS, MO 63043


STAPLES ADVANTAGE
DEPT. DET
PO BOX 83689
CHICAGO, IL 60696-3689


Strategic Funding Source, Inc.
1501 Broadway, Ste. 360
New York, NY 10036


TECHNI-TOOL
PO BOX 827014
PHILADELPHIA, PA 19182-7014


TELECOM TEST AND REPAIR, LLC
814 E. PARKER STREET
LAKELAND, FL 33881


TNT USA INC.
DEPT. 781108
DETROIT, MI 48278-1108


TRU CAL INTERNATIONAL, INC.
401 Country Club Drive
Bensenville, IL 60106


U-LINE
ATTN: ACCOUNTS RECEIVABLE
PO BOX 88741
CHICAGO, IL 60680-1741


U.S. BANK
800 Nicollet Mall
Minneapolis, MN 55402


UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577

```
US PAINT DIVISION
831 S. 21ST STREET
ST. LOUIS, MO 63103


VILLAGE OF BENSENVILLE
12 SOUTH CENTER STREET
BENSENVILLE, IL 60106


WARCO COMMUNICATIONS CO.
106 LELCESTER COURT
CARY, NC 27519
```