B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Telesource Services, LLC                                    Case No.
                              Debtor(s)                             Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AMERICAN EXPRESS<br>50th, 200 Vesey Street<br>New York, CA 10285 | AMERICAN EXPRESS<br>200 Vesey Street, 50th Floor<br>New York, NY 10285<br>212-640-2000 | Trade Payable | | 268,043.44 |
| BANK OF AMERICA<br>100 North Tryon St.<br>Charlotte, NC 28202 | FAX: 704-386-8009<br>BANK OF AMERICA<br>100 North Tryon St.<br>Charlotte, NC 28202<br>800-704-8009 | Trade Payable | | 146,770.85 |
| Chubb Group of Insurance Companies<br>1450 W. Long Lake Rd., Ste. 210<br>Troy, MI 48098 | FAX: 248-952-6080<br>Chubb Group of Insurance Companies<br>1450 W. Long Lake Rd., Ste. 210<br>Troy, MI 48098<br>248-641-7900 | Insurance | | 37,115.00 |
| DAWDA, MANN, MULCAHY & SADLER, PLC<br>39533 WOODWARD AVENUE<br>SUITE 200<br>BLOOMFIELD HILLS, MI 48304-5103 | randerson@dawdamann.com<br>DAWDA, MANN, MULCAHY & SADLER, PLC<br>39533 WOODWARD AVENUE<br>SUITE 200<br>BLOOMFIELD HILLS, MI 48304-5103<br>248-642-1483 | Professional Services | | 9,600.00 |
| Derderian Kann Seyferth Salucci, CPA<br>3001 W. Big Beaver Rd., Ste. 700<br>Troy, MI 48084 | Eric M. Merzlak, FAX: 248-649-2187<br>Derderian Kann Seyferth Salucci, CPA<br>3001 W. Big Beaver Rd., Ste. 700<br>Troy, MI 48084<br>248-649-3400 | Professional Services | | 33,850.00 |
| DYNAMIC VOICE DATA, INC.<br>4403 GREENBRIAR DRIVE<br>STAFFORD, TX 77477 | info@dvdinc.com<br>DYNAMIC VOICE DATA, INC.<br>4403 GREENBRIAR DRIVE<br>STAFFORD, TX 77477<br>281-491-5990 | Trade Payable | | 111,183.31 |
| FEDERAL EXPRESS CORPORATION<br>3640 Hacks Cross Rd.<br>Memphis, TN 38125 | FEDERAL EXPRESS CORPORATION<br>3640 Hacks Cross Rd.<br>Memphis, TN 38125<br>800-622-1147 | Trade Payable | | 22,818.86 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   Telesource Services, LLC                               Case No.   _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| GIJV REIT IL 5, LLC<br>c/o CBRE-FTB006<br>P.O. Box 6751<br>Minneapolis, MN 55485 | stephen.sabor@cbre.com<br>GIJV REIT IL 5, LLC<br>c/o CBRE-FTB006<br>20 N. Martingale Rd., Ste. 100<br>Schaumburg, IL 60173<br>847-706-4951 | Rent | | 268,325.00 |
| LINK-US LLC<br>280 PREMIER DRIVE<br>SUITE 111<br>HOLLY SPRINGS, NC 27540 | FAX: 919-552-0121<br>LINK-US LLC<br>280 PREMIER DRIVE<br>SUITE 111<br>HOLLY SPRINGS, NC 27540<br>919-825-0900 | Trade Payable | | 19,701.36 |
| MASTER COM INC<br>4915 TRIANGLE STREET<br>MCFARLAND, WI 53558 | ebillman@mastercom.cc☐<br>MASTER COM INC<br>4915 TRIANGLE STREET<br>MCFARLAND, WI 53558<br>608-838-9022 | Trade Payable | | 15,953.90 |
| MIKE VERELLEN<br>SNOW PLOWING & LAWN SERVICE<br>P.O. Box 99218<br>TROY, MI 48083 | Mike Verellen<br>MIKE VERELLEN<br>SNOW PLOWING & LAWN SERVICE<br>2524 Benjamin Ave.<br>Royal Oak, MI 48073<br>248-342-8600 | Trade Payable | | 13,737.00 |
| MORE DIRECT<br>1001 Yamato Road, Suite 200<br>Boca Raton, FL 33431 | FAX: 561-237-3990<br>MORE DIRECT<br>1001 Yamato Road, Suite 200<br>Boca Raton, FL 33431<br>561-237-3300 | Trade Payable | | 23,325.53 |
| Orchard Street Funding<br>100 Quentin Roosevelt Blvd.<br>Garden City, NY 11530 | info@orchardstreetfunding.com<br>Orchard Street Funding<br>100 Quentin Roosevelt Blvd.<br>Garden City, NY 11530<br>855-635-0222 | Trade Payable | | 128,566.00 |
| PARAGON COMMUNICATIONS<br>41 MAIN ST<br>BOLTON, MA 01740 | info@paragonnt.com<br>PARAGON COMMUNICATIONS<br>41 MAIN ST<br>BOLTON, MA 01740<br>508-881-0500 | Trade Payable | | 26,650.00 |
| POWERTECH, INC.<br>2413 W. Algonquin Rd.<br>Suite 322<br>Algonquin, IL 60102 | contact@powertechinc.net<br>POWERTECH, INC.<br>2413 W. Algonquin Rd.<br>Suite 322<br>Algonquin, IL 60102<br>847-620-9547, FAX 847-669-3980 | Trade Payable | | 23,040.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Telesource Services, LLC  Case No.  
   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| PREMIER PACKAGING<br>3254 RELIABLE PARKWAY<br>CHICAGO, IL 60686 | mikem@premierpackaging.biz<br>PREMIER PACKAGING<br>14125 Industrial Center Dr.<br>Utica, MI 48315<br>586-566-6500, FAX 586-566-6301 | Trade Payable | | 18,315.39 |
| RELOGISTECHS<br>4300 STERILITE STREET SE<br>MASSILLON, OH 44646 | FAX: 330-832-8536<br>RELOGISTECHS<br>4360 STERILITE STREET SE<br>MASSILLON, OH 44646<br>866-655-8324 | Trade Payable | | 33,257.24 |
| SAMSUNG TELECOMMUNICATIONS AMERICA<br>ATTN: KRISTEN SNYDER - A/P<br>1301 EAST LOOKOUT DRIVE<br>RICHARDSON, TX 75082 | ATTN: KRISTEN SNYDER - A/P<br>SAMSUNG TELECOMMUNICATIONS AMERICA<br>1301 EAST LOOKOUT DRIVE<br>RICHARDSON, TX 75082<br>972-761-7000 | Trade Payable | | 9,537.62 |
| SOTEL SYSTEMS LLC<br>2465 CENTERLINE INDUSTRIAL DR<br>MARYLAND HEIGHTS, MO 63043 | SOTEL SYSTEMS LLC<br>2465 CENTERLINE INDUSTRIAL DR<br>MARYLAND HEIGHTS, MO 63043<br>866-467-6835 | Trade Payable | | 46,474.46 |
| U.S. BANK<br>800 Nicollet Mall<br>Minneapolis, MN 55402 | U.S. BANK<br>800 Nicollet Mall<br>Minneapolis, MN 55402<br>612-659-2000 | Trade Payable | | 48,652.54 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  April 6, 2015   Signature  /s/ Michael J. Woods  
   Michael J. Woods  
   President/CEO

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.